PEOPLE v THOMAS. Appeal from Recorder's Court of Detroit, Robert E. A. Boyle, J. Submitted Division 1 March 28, 1972, at Grand Rapids. (Docket No. 12701.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Michael J. Reilly,* for defendant on appeal.

Before: HOLBROOK, P. J., and FITZGERALD and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was convicted of carrying a concealed weapon and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.


PEOPLE v REEVES. Appeal from Kent, John H. Vander Wal, J. Submitted Division 3 April 10, 1972, at Grand Rapids. (Docket No. 12718.) Decided May 5, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *James K. Miller,* Prosecuting Attorney, and *Donald A. Johnston, III,* Chief Appellate Attorney, for the people.

*Larry R. Farmer,* Assistant State Appellate Defender, for defendant.

Before: J. H. GILLIS, P. J., and R. B. BURNS and DANHOF, JJ.

MEMORANDUM OPINION. The defendant pled guilty to a charge of armed robbery. MCLA 750.529; MSA 28.797. After the acceptance of his plea the Supreme Court decided *People v Jaworski,* 387 Mich 21 (1972), the doctrine of which requires reversal.

Reversed and remanded.